UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FRINO ALCENAT,

Plaintiff,

v.

CITY OF MINNEAPOLIS, et al.,

Defendants.

CIVIL NO. 01-1674 (DSD/JMM)

ORDER

The above matter came on before the undersigned upon the Parties' Stipulation to Amend Scheduling Order.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that the Parties' Stipulation to Amend Scheduling Order is denied without prejudice for failure to comply with the requirements of Local Rule 16.3(b).

Dated: May 20, 2002

JOHN M. MASON
United States Magistrate Judge

FILED MAY 21 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK