**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Frino Alcenat, an individual, Civil File No.: 01-1674 (DSD/JMM)

Plaintiff,

v.

**FURTHER STIPULATION AND MOTION TO AMEND SCHEDULING ORDER PURSUANT LOCAL R. 16.3(b)**

The City of Minneapolis;
Officer J.C. Nelson, individually, personally and in his official capacity, and other Minneapolis Police Officers, including Officers Olsen, Larsen, and Aguirre, all in their individual, personal and official capacities; Chief of Police, Robert Olson, individually, personally and in his official capacity.

Defendants.

The plaintiff, Frino Alcenat, and defendants, City of Minneapolis et al., hereby respectfully further stipulate and move the Court pursuant to Local Rule 16.3(b) to amend the scheduling order to allow additional time pursuant to Rule 26(a)(2)(B) for the disclosure of the identity of expert witnesses and to provide full disclosures of expert opinions. In support of this request to extend the deadline(s) an additional 30 days, the following is shown. Local Rule 16.3(b) provides in pertinent part:

"A Judge or Magistrate may rule upon a motion to extend or modify a pretrial discovery schedule with or without a hearing. Every such motion shall be accompanied by a statement describing:

1. What discovery remains to be completed;
2. What discovery has been completed;
3. Why all discovery has not been completed; and



FILED MAY 2 3 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

4. How long it will take to complete discovery." L.R. 16.3(b).

Counsel have conferred and provide the following joint statement as to discovery pursuant to Local Rule:

**A. The Discovery Remaining To Be Completed:**

Both counsel still need to undertake further written discovery and to complete depositions of the parties.

**B. Discovery that Has Been Completed:**

Both Plaintiff and Defendant have exchanged Initial Disclosures under Rule 26. Plaintiff has served written interrogatories and requests for document production; Defendants' responses are not yet due, nor have they been received by Plaintiff. Defendants' counsel is currently preparing to serve his written discovery requests. Plaintiff's counsel has preliminarily contacted his proposed police expert; however, without completed written discovery responses, it will be difficult for that expert to render a valuable opinion.

**C. Why All Discovery Has Not Been Completed:**

Counsel for both parties have not completed expert reports and identification in part because the first written discovery cycle on each side is not yet completed. Both counsel have extensive litigation responsibilities, including in this matter and several other police misconduct matters pending.

**D. How Long it Will Take to Complete Discovery:**

The discovery deadline is currently August 1, 2002. Therefore, if the deadline for expert disclosure(s) is extended thirty days, these disclosures can be completed within the discovery deadline necessitating only additional time to complete expert depositions. These expert

depositions could be completed by September 1, 2002. The trial ready date is currently December 1, 2002. Therefore, if the expert disclosure deadline is extended for 30 days, only the date to complete expert depositions needs to be extended to September 1, 2002.

Wherefore, for good cause shown, based on Rule 16.3(b), and the statement of counsel regarding the status of discovery, Plaintiff, Frino Alcenat, and defendants, City of Minneapolis et al., hereby respectfully further move and stipulate to extend the time for expert disclosures to June 31, 2002 and August 1, 2002 as to Plaintiff and Defendants, respectively.

Dated: May 22, 2002

**GOINS & WOOD, P.C.**

By: [signature]

Albert T. Goins, Sr., #126159
Kathryn R. Burke, #299583
Attorneys for Plaintiff, Frino Alcenat
301 Fourth Avenue South
378 Grain Exchange Building
Minneapolis, MN 55415
(612) 339-3848

Dated: 5/22/02

**JAY M. HEFFERN**
**CITY ATTORNEY**

By: [signature]

Timothy Skarda, #234254
Assistant City Attorney
300 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402-2453
(612) 673-2063

**ORDER**

The Court, having considered the above Further Stipulation and Motion, hereby Orders, upon good cause shown, pursuant to Local Rule 16.3(b) that the Scheduling Order in this case is hereby Amended so that the deadline(s) to disclose the identity of expert witnesses and provide full disclosures will be extended 30 days. It is furthered ordered that the discovery deadline is modified only to the extent that expert deposition(s) may be conducted and completed by September 1, 2002.

Dated: May 23 2002

[signature]
United States Magistrate Judge

## *Featured Speakers Include:*

**District of Minnesota**

Judge David S. Doty

Judge Donovan W. Frank

Judge Paul A. Magnuson

Judge Ann D. Montgomery

Judge John R. Tunheim

Chief Magistrate Judge Jonathan Lebedoff

Magistrate Judge Arthur J. Boylan

**United States Bankruptcy Court**
**District of Minnesota**

Judge Robert J. Kressel

**Application Pending for 7.5 CLE Credits Including 2 Ethics and 1 Bias Credit**

The Minnesota Chapter of the Federal Bar Association
c/o Kelly & Berens, P.A.
80 S. 8th Street, Suite 3720
Minneapolis, MN 55402

NON-PROFIT ORGANIZATION
U.S. POSTAGE
**PAID**
Minneapolis, MN
Permit No. 2657

MINNESOTA CHAPTER OF THE FEDERAL BAR ASSOCIATION

In connection with
The Federal Judiciary

# *28th Annual Federal Court Practice Seminar*

**June 19, 2002**
**8:00 am—5:15 pm**

**Minneapolis Convention Center**
**1301 Second Avenue South**
**Room 208**
**Minneapolis, MN 55402**
**(612) 335-6000**

## Morning Session:

| | |
|---|---|
| 7:30-8:00 | **Registration** |
| 8:00-8:15 | **Opening Remarks and Welcome,** ***Judge Ann D. Montgomery*** |
| 8:15-9:00 | **Securities Law Issues in the Wake of Enron,** ***Timothy J. Warren (SEC Midwest Regional Office), Professor Niels Schaumann (William Mitchell College of Law), Karl L. Cambronne (Chestnut & Cambronne)*** |
| 9:00-9:45 | **Current Issues in Employment Law,** ***Judge Paul A. Magnuson, Linda L. Holstein (Parsinen Kaplan Rosberg & Gottlieb PA), John R. McDonald (Meagher & Geer, PLLP), Daniel Oberdorfer (Leonard, Street and Deinard)*** |
| 9:45-10:00 | **Morning Break** |
| 10:00-10:45 | **Current Initiatives in the U.S. Attorneys' Office,** ***Tom Heffelfinger (U.S. Attorneys Office)*** |
| 10:45-11:45 | **Discovery Disputes: Professionalism in the Practice of Law?,** ***Judge David S. Doty, Chief Magistrate Judge Jonathan Lebedoff, Magistrate Judge Arthur J. Boylan,*** |
| 11:45-12:45 | **Lunch (Room 211)** |

11:45-12:45 Lunch (Room 211)

## Afternoon Session:

| | |
|---|---|
| 12:45-1:30 | **The Clerk's Office Can Be Your New Best Friend,** ***Celeste Shahidi, Lou Jean Gleason, Mary Lenner, Gertie Simon, Andy Seldon*** |
| 1:30-2:15 | **How to Effectively Teach and Persuade in Patent or Intellectual Property Cases: Why, When and How,** ***Judge Donovan W. Frank, Becky R. Thorson (Robins, Kaplan, Miller & Ciresi), Stephen J. Davidson (Leonard, Street and Deinard)*** |
| 2:15-3:15 | **Issues in the Wake of 9/11: Racial Profiling --** ***Daniel M. Scott (U.S. Federal Public Defenders' Office)***; **Response by the Department of Justice --** ***Tony Brown (U.S. Attorneys Office)*** |
| 3:15:3:30 | **Afternoon Break** |
| 3:30-4:15 | **Update on Technology Tools for Litigating in Federal Court,** ***Judge John R. Tunheim, Judge Robert J. Kressel, Eric J. Magnuson (Rider, Bennett, Egan & Arundel)*** |
| 4:15-5:15 | **Ethics in "Real Life" Practice Situations,** ***Martin A. Cole (Lawyers Professional Responsibility Office)*** |

## *Seminar Registration*

☐ Member $195.00
☐ Non-Member $225.00

Name ____________________
Firm/Employer ____________________
Address ____________________
____________________
Phone ____________________
E-Mail ____________________

**Complete registration form and send with check payable to:**

**Minnesota Chapter, FBA**
**c/o Nancy Gustafson**
**Kelly & Berens, P.A.**
**Suite 3720 IDS Center**
**80 South Eighth Street**
**Minneapolis, Minnesota 55402**

**Not a Member? Join the FBA**

*To apply on-line or to download application form go to http://www.fedbar.org and click on "Join the FBA."*

Questions call: Barbara P. Berens, Vice President, Planning, Minnesota Chapter FBA
(612)-349-6171

**Annual Seminar Planning Committee:**

Kristine M. Boylan, Meagher & Geer, P.L.L.P.
Catherine A. McEnroe, Leonard, Street and Deinard
Celeste M. Shahidi, U.S. Courthouse Minneapolis Building
Susan Nolting, U.S. Department of Justice
Maureen Watz Gornik, Warren E. Burger Federal Building