**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Frino Alcenat, an individual,

Civil File No.: 01-1674 (DSD/SRN)

Plaintiff,

v.

**ORDER TO AMEND SCHEDULING ORDER**

The City of Minneapolis;
Officer J.C. Nelson, individually, personally and in his official capacity, and other Minneapolis Police Officers, including Officers Olsen, Larsen, and Aguirre, all in their individual, personal and official capacities; Chief of Police, Robert Olson, individually, personally and in his official capacity.

Defendants.

**ORDER**

The Court hereby Orders that, the Scheduling Order in this case is hereby Amended so that the deadline to complete discovery will be extended thirty (30) days until September 1, 2002.

Dated: August 2, 2002

Susan Richard Nelson
The Honorable Susan Richard Nelson
United States Magistrate Judge
No further extension will be granted

AUG 02 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK