**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Frino Alcenat, an individual, Civil File No.: 01-1674 (DSD/JMM)

Plaintiff,

v.

**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**

The City of Minneapolis;
Officer J.C. Nelson, individually, personally and in his official capacity, and other Minneapolis Police Officers, including Officers Olsen, Larsen, and Aguirre, all in their individual, personal and official capacities; Chief of Police, Robert Olson, individually, personally and in his official capacity.

Defendants.

The plaintiff, Frino Alcenat, and defendants City of Minneapolis et al., hereby stipulate and move jointly to amend the scheduling order to allow additional time pursuant to Rule 26(a)(2)(B). Counsel hereby stipulate and move the trial ready date by postponed an additional ninety days so that the Plaintiff may retain other counsel. Plaintiff's counsel believes that there has been a breakdown in communication with Mr. Alcenat and will be moving to withdraw from representation with the leave of the Court.

Dated: 11-27-02

**GOINS & WOOD, P.C.**

By: [signature]
Albert T. Goins, Sr., #126159
Kathryn R. Burke, #299583
301 Fourth Avenue South
378 Grain Exchange Building
Minneapolis, MN 55415
(612) 339-3848

Dated: 11/27/02

**JAY M. HEFFERN, CITY ATTORNEY**

By: [signature]
Timothy Skarda, #234254
Assistant City Attorney
300 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402-2453
(612) 673-2063

NOV 27 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

The Court, having considered the above Stipulation, hereby Orders that, the Scheduling Order in this case is hereby Amended to extend the trial ready date ninety days from December 1, 2002 to permit Plaintiff's counsel time to move to withdraw and to permit the substitution of counsel if such motion if granted.

Dated: 11/27/02

Susan Richard Nelson
United States Magistrate Judge
No further extension will be granted