**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**Frino Alcenat,**

**Plaintiff,**

**vs.**

**The City of Minneapolis, Officer J. C. Nelson, individually, personally and in his official capacity, and other Minneapolis Police Officers, including Officers Olsen, Larsen and Aguirre all in their individual, personal and individual capacities, Chief of Police Robert Olson, individually, personally and in his individual capacity,**

**Defendants.**

**Case No.: 01-1674 (DSD/SRN)**

**STIPULATION FOR DISMISSAL OF DEFENDANTS NELSON AND LARSEN (LESSARD)**

---

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, that pursuant to a negotiated settlement between the parties the individually named Defendants, James C. Nelson and Melissa Larsen (Lessard) are dismissed from this action and that the settlement of this cause of action is with the Defendant City of Minneapolis.

FILED 4·30·03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 3/31/03

**GOINS & WOOD, P.C.**
By

ALBERT T. GOINS, SR.
Attorney Reg. No. 126159
Kathryn R. Burke Browne
Attorney Reg. No. 299583
Attorneys for Plaintiff
378 Grain Exchange Bldg. N
301 4th Avenue South
Minneapolis, MN 55415
(612) 399-3848

Dated: 3/28/03

JAY M. HEFFERN
City Attorney
By

TIMOTHY S. SKARDA
Assistant City Attorney
Attorneys for Defendants
Attorney Reg. No. 10176X
300 South Seventh Street
Minneapolis, MN 55402-2453
(612) 673-2553

# ORDER

**IT IS HEREBY ORDERED** that in accordance with the foregoing Stipulation this action is dismissed as against James C. Nelson and Melissa Larsen (Lessard) on its merits and with prejudice and without further costs, disbursements or fees of any kind to any of the parties.

BY THE COURT:

Dated: 4/30/03

Judge of District Court